IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Weston Townes Homeowners Association, | Case No.: 7:25-cv-07667-TMC |
| Plaintiff(s), | |
| v. | Plaintiff's Notice of Settlement |
| State Farm Fire and Casualty Company, | |
| Defendant | |

## NOTICE OF SETTLEMENT

COME NOW, Plaintiff(s), Weston Townes Homeowners Association, and Defendant, State Farm Fire and Casualty Company, by and through undersigned counsel and on behalf of the parties, hereby notify the Court that the above-styled matter has been amicably resolved. Counsel is finalizing the appropriate settlement documents and will thereafter file with the Court an appropriate Dismissal with the Court within thirty (30) days from the date hereof.

Respectfully submitted,

s/ Tamara A. Greer
Tamara A. Greer, Esquire

Federal Bar Number: 13798
Cohen Law Group
Attorney for Plaintiff
350 North Lake Destiny Road, Suite 300
Maitland, Florida 32751
Phone: (407) 478-4878
Fax: (407) 478-0204
Primary: tgreer@itsaboutjustice.law
Secondary: gabriela@itsaboutjustice.law

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 20th day of November 2025, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF and electronic mail.

By: */s/Tamara A. Greer*
Tamara A. Greer, Esquire
*FOR THE FIRM*
Federal Bar Number: 13798
Primary: tgreer@itsaboutjustice.law
Secondary: gabriela@itsaboutjustice.law
*Counsel for Plaintiff*